**Electronically Filed
Supreme Court
SCWC-15-0000744
31-OCT-2017
09:15 AM**

SCWC-15-0000744

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

LaVONNE HARRISON, Trustee of LaVONNE'S FAMILY TRUST,
a Revocable Living Trust Agreement dated September 2, 1989,
Petitioner/Plaintiff/Counterclaim Defendant/Appellant,

vs.

CASA De EMDEKO, INCORPORATED, a Hawaii nonprofit corporation,
Respondents/Defendants/Counterclaim Plaintiffs/Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000744; CIV. NO. 13-1-153K)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari, filed on September 20, 2017 by Petitioner/Plaintiff/Counterclaim Defendant/Appellant LaVonne Harrison, as Trustee of LaVonne's Family Trust, a Revocable Living Trust Agreement dated September 2, 1989, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, October 31, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

